FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 FEB -8 PM 2: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

KRISTINA MCBRIDE and
CHARLES MCBRIDE, her husband,

    Plaintiffs,

vs.

Case No.: 3:11-cv-150-J-20JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER

This cause is before this Court on Plaintiffs' Request for Hearing on Motion to Reschedule Trial Date on June 2012 Calendar (Doc. 22, filed February 1, 2012).

It is **ORDERED**:

1. Plaintiffs' Request for Hearing on Motion to Reschedule Trial Date on June 2012 Calendar (Doc. 22, filed February 1, 2012) is **GRANTED**;

2. A hearing on Plaintiffs' Motion to Reschedule Trial Date on June 2012 Calendar (Doc. 21, filed February 1, 2012) is set for **Wednesday, February 22, 2012, at 3:30 p.m.**, in Courtroom 10C.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of February, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Eric Randolph Andeer, Esq.
Glenn Edward Cohen, Esq.
Rebecca Hopper Cozart, Esq.
Dale Robert Campion, AUSA