FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2012 MAY 22 PM 4:09
JACKSONVILLE DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

KRISTINA MCBRIDE and
CHARLES MCBRIDE, her husband,

Plaintiffs,

Case No.: 3:11-cv-150-J-20JBT

vs.

UNITED STATES OF AMERICA,

Defendant.

_____/

## ORDER

**THIS CAUSE** is before this Court on Defendant's Motion to Extend Mediation Deadline (Doc. 37, filed May 15, 2012). In the instant motion, Defendant requests that the mediation deadline in this case be extended to June 15, 2012.

Accordingly, it is **ORDERED**:

1. Defendant's Motion to Extend Mediation Deadline (Doc. 37, filed May 15, 2012) is **GRANTED**; and

2. Mediation shall be completed on or before June 15, 2012.

**DONE AND ORDERED** at Jacksonville, Florida, this 22 day of May, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Eric Randolph Andeer, Esq.
Glenn Edward Cohen, Esq.
Rebecca Hopper Cozart, Esq.
Dale Robert Campion, AUSA