UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 SEP -5 PM 3: 19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**KRISTINA MCBRIDE and**
**CHARLES MCBRIDE, her husband,**

Plaintiffs,

v.  Case No. 3:11-cv-150-J-20JBT

**UNITED STATES OF AMERICA,**

Defendant.
_____/

## ORDER

This matter is before this Court on Defendant's Notice of Settlement (Dkt. 49, filed August 28, 2012), which indicates that the parties have settled this matter. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 5th day of September, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Eric Randolph Andeer, Esq.
Glenn Edward Cohen, Esq.
Rebecca Hopper Cozart, Esq.
Xavier T. Saunders, Esq.
Dale Robert Campion, AUSA