UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KRISTINA MCBRIDE and
CHARLES MCBRIDE, her husband,**

    **Plaintiffs,**

v.                                     Case No. 3:11-cv-150-J-20JBT

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## ORDER

This matter is before this Court on the Parties' "Joint Stipulation to Dismissal" (Dkt. 52, filed September 14, 2012), filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED WITH PREJUDICE**; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Eric Randolph Andeer, Esq.
Glenn Edward Cohen, Esq.
Rebecca Hopper Cozart, Esq.
Xavier T. Saunders, Esq.
Dale Robert Campion, AUSA